

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR–13–974

|  |  |
|---|---|
| DONALD RAY MILLER | **Opinion Delivered** June 18, 2014 |
| APPELLANT | APPEAL FROM THE DREW COUNTY CIRCUIT COURT [NO. CR-2012-108-1] |
| V. | |
| | HONORABLE SAM POPE, JUDGE |
| STATE OF ARKANSAS | |
| APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## JOHN MAUZY PITTMAN, Judge

Donald Ray Miller appeals from his conviction for possession of a firearm by a felon, for which he was sentenced to a term of ten years' imprisonment. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k), appellant's counsel has filed a motion to be relieved, stating that there is no merit to the appeal. The motion is accompanied by an abstract and addendum of the proceedings below, including all objections and motions decided adversely to appellant, and a brief in which counsel explains why there is nothing in the record that would arguably support an appeal. The clerk of this court served appellant with a copy of his counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

SLIP OPINION

From our review of the record and the brief presented to us, we find compliance with Rule 4-3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the judgment of conviction is affirmed.

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and WHITEAKER, J., agree.

*Potts Law Office*, by: *Gary W. Potts*, for appellant.

No response.